UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>D-1 DAINIUS VYSNIUASKAS,<br>D-2 TATSIANA LEICHANKA, a.k.a<br>  VALENTINAS BABAKINAS<br><br>  Defendant. | Case:2:10-cr-20717<br>Judge: Cox, Sean F<br>MJ: Morgan, Virginia M<br>Filed: 11-30-2010 At 04:15 PM<br>SEALED MATTER (LG)<br><br>VIOLATIONS: 18 U.S.C. § 1344<br>18 U.S.C. § 1349<br>18 U.S.C. § 2, |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(18 U.S.C. § 1344) -- BANK FRAUD)

From on or about October 1, 2009 through March 26, 2010, in the Eastern District of Michigan, the defendants, DAINIUS VYSNIAUSKAS and TATSIANA LEICHANKA, individually and while aiding and abetting each other, did knowingly and intentionally execute and attempt to execute a scheme or artifice to defraud certain financial institutions, to wit: TCF Bank, Bank of America, Charter One Bank, Chase Bank, Huntington Bank and National City Bank and to obtain money, funds, credits, assets or other property of those same financial institutions by means of false or fraudulent pretenses or representations or promises; all in violation of Title 18 United States Code, § 1344 and § 2.

### COUNT TWO
(18 U.S.C. § 1349) – ATTEMPTED BANK FRAUD)

On or about April 20, 2010, in the Eastern District of Michigan, the defendants, DAINIUS VYSNIAUSKAS and TATSIANA LEICHANKA, individually and while aiding and

abetting each other, did knowingly and intentionally attempt to execute a scheme or artifice to defraud certain financial institution, to wit: Chase Bank, 5601 16 Mile Rd. Sterling Heights, MI and to obtain money, funds, credits, assets or other property of that financial institution by means of false or fraudulent pretenses or representations or promises; all in violation of Title 18 United States Code, § 1349.

## COUNT THREE
(18 U.S.C. § 1349 -- CONSPIRACY TO COMMIT BANK FRAUD)

From on or about October 1, 2009 through April 20, 2010, in the Eastern District of Michigan, the defendants, DAINIUS VYSNIAUSKAS and TATSIANA LEICHANKA, idid conspire to commit the crime of the crime of Bank Fraud by knowingly and intentionally executing and attempt to execute a scheme or artifice to defraud certain financial institutions and to obtain money, funds, credits, assets or other property of those same financial institutions by means of false or fraudulent pretenses or representations or promises; all in violation of Title 18 United States Code, § 1349.

## FORFEITURE
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461;

18 U.S.C. § 982(a)(2) - Criminal Forfeiture)

1. As a result of the violations of Title 18, United States Code, Sections 1344, 1349, and 2 as set forth in Counts One through Three of the Indictment, defendants DAINIUS VYSNIUASKAS AND TATSISNA LEICHANKA shall forfeit to the United States any property which constitutes, or is derived from, proceeds obtained directly or indirectly, as a result of those violations, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, and/or Title 18, United States Code, Section 982(a)(2), including but not limited to the following:

    (a)  All funds contained in TCF Bank Account Number 3883711450;

(b)   All funds contained in TCF Bank Account Number 3883719346;

(c)   All funds contained in TCF Bank Account Number 3883629496;

(d)   All funds contained in TCF Bank Account Number 8883695052;

(e)   All funds contained in Bank of America Account Number 375006825846;

(f)   All funds contained in Bank of America Account Number 375006516647;

(g)   All funds contained in Bank of America Account Number 375005028068;

(h)   All funds contained in Bank of America Account Number 375005944841;

(i)   All funds contained in Bank of America Account Number 375005379814; and

(j)   All funds contained in Bank of America Account Number 375005945154.

THIS IS A TRUE BILL

s/Grand Jury Foreperson
Grand Jury Foreperson

BARBARA L. MCQUADE
UNITED STATES ATTORNEY

s/John N. O'Brien, II
John N. O'Brien II
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, Michigan 48226-3220
(313) 226-9715
Email: john.obrien@usdoj.gov
P39912

Dated: November 30, 2010

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 2:10-cr-20717<br>Judge: Cox, Sean F<br>MJ: Morgan, Virginia M<br>Filed: 11-30-2010 At 04:15 PM<br>SEALED MATTER (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

**Reassignment/Recusal Information**   This matter was opened in the USAO prior to August 15, 2008 ☐

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes       ☐ No | AUSA's Initials: |

Case Title: USA v. D-1 Dainius Vysniuaskas and D-2 Tatsiana Leichanka

County where offense occurred : Oakland

Check One:     X Felony     ☐ Misdemeanor     ☐ Petty

```
____Indictment/____Information ---  no prior complaint.
  x Indictment/____Information ---  based upon prior complaint [Case number: 10-MJ-30207 ]
____Indictment/____Information ---  based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**

Superseding to Case No: _____   Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

---

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

November 30, 2010
Date

John N. O'Brien, II
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9715
Fax: (313) 226-5464
E-Mail address: John.obrien@usdoj.gov
Attorney Bar #: P39912

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09